UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:24-cr-22-MR-WCM |
|---|---|---|
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| VS. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 2251(a) |
| BRUCE ERIC HOLLOMAN, | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant | ) | |
| | ) | |

FILED
ASHEVILLE, NC

APR 02 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH THIRTY-ONE
### (18 U.S.C. § 2251(a))

On or about the dates set forth in the table below, in Henderson County, within the Western District of North Carolina, and elsewhere, the defendant

BRUCE ERIC HOLLOMAN

employed, used, persuaded, induced, enticed, and coerced a minor, FV (Female Victim), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce.

| Count | Date of Production | Number of Child Pornography Video/Image Files |
|---|---|---|
| 1 | 6-13-2021 | Four (4) image files depicting child pornography |
| 2 | 6-29-2021 | Eight (8) image files depicting child pornography |
| 3 | 6-30-2021 | Four (4) video files depicting child pornography |

Page 1 of 4

Case 1:24-cr-00022-MR-WCM   Document 1   Filed 04/02/24   Page 1 of 4

| 4 | 7-3-2021 | One (1) image file depicting child pornography |
| --- | --- | --- |
| 5 | 7-27-2021 | Two (2) image files depicting child pornography |
| 6 | 8-1-2021 | One (1) image file depicting child pornography |
| 7 | 8-27-2021 | One (1) video file depicting child pornography |
| 8 | 9-2-2021 | One (1) image file depicting child pornography |
| 9 | 9-5-2021 | One (1) video file depicting child pornography |
| 10 | 9-12-2021 | One (1) video file depicting child pornography |
| 11 | 10-3-2021 | Two (2) video files depicting child pornography |
| 12 | 10-24-2021 | Three (3) image files depicting child pornography; two (2) video files depicting child pornography |
| 13 | 10-31-2021 | Eight (8) image files depicting child pornography; twelve (12) video files depicting child pornography |
| 14 | 11-7-2021 | Three (3) image files depicting child pornography; four (4) video files depicting child pornography |
| 15 | 11-14-2021 | One (1) image file depicting child pornography |
| 16 | 11-15-2021 | Seven (7) image files depicting child pornography |
| 17 | 11-21-2021 | One (1) image file depicting child pornography |
| 18 | 11-22-2021 | Three (3) image files depicting child pornography |
| 19 | 1-31-2022 | One (1) video file depicting child pornography |
| 20 | 2-8-2022 | One (1) video file depicting child pornography |
| 21 | 4-1-2022 | One (1) video file depicting child pornography |
| 22 | 5-10-2022 | One (1) video file depicting child pornography |
| 23 | 7-31-2022 | Two (2) video files depicting child pornography |
| 24 | 9-9-2022 | Two (2) video files depicting child pornography |

| 25 | 10-4-2022 | Two (2) video files depicting child pornography |
| 26 | 10-29-2022 | One (1) image file depicting child pornography; two (2) video files depicting child pornography |
| 27 | 11-5-2022 | Two (2) video files depicting child pornography |
| 28 | 1-22-2023 | One (1) video file depicting child pornography |
| 29 | 2-18-2023 | Three (3) video files depicting child pornography |
| 30 | 3-11-2023 | One (1) image file depicting child pornography |
| 31 | 4-10-2023 | Three (3) video files depicting child pornography |

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THIRTY-TWO
### (18 U.S.C. § 2252A(a)(5)(B))

From on or about June 13, 2021, to on or about October 5, 2023, in Henderson County, within the Western District of North Carolina, and elsewhere, the defendant

BRUCE ERIC HOLLOMAN

knowingly possessed and accessed with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CASE

Notice is hereby given of 18 U.S.C. § 2253; 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253, 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property that was seized on or about September 14, 2023, and October 5, 2023, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above: One (1) Dell Inspiron laptop computer, and one (1) Samsung Galaxy S9+ cellular phone.

A TRUE BILL:

Redacted

DENA J. KING
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY