IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cr-00022-MR-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRUCE ERIC HOLLOMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's Motion to Seal Unredacted Exhibits 1-6 to His Motion to Suppress (the "Motion to Seal," Doc. 30), by which Defendant seeks to file under seal unredacted copies of search warrant applications and motions to install electronic tracking devices (the "Subject Documents").

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the Subject Documents, and alternatives to sealing.

1

The Motion to Seal has appeared on the docket since it was filed on November 8, 2024. The Motion does not indicate the Government's position but the deadline for the Government to object to the Motion to Seal has passed and no objection has been filed.

Further, the Subject Documents contain information about the victim.

Additionally, redacted versions of the Subject Documents appear on the public record. Docs. 21-1 – 21-6.

The undersigned concludes that, based on the information before the Court at this time, Defendant has made the required showing. This ruling, however, is subject to further consideration by the Court, or upon a subsequent motion to unseal the Subject Documents.

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Seal Unredacted Exhibits 1-6 to His Motion to Suppress (Doc. 30) is **GRANTED**, and the Subject Documents (Docs. 31-1 – 31-6) are **SEALED** and shall remain sealed until further order of the Court.

Signed: December 20, 2024

W. Carleton Metcalf
United States Magistrate Judge